JAP: AL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

PIERRE MARIE FOURCARD,

                   Defendant.

- - - - - - - - - - - - - - - - -X

**12 M 604**

C O M P L A I N T
(21 U.S.C. §§ 952(a)
and 960)

EASTERN DISTRICT OF NEW YORK, SS:

       GERARD MCMAHON, being duly sworn, deposes and states that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations, ("HSI"), duly appointed according to law and acting as such.

       Upon information and belief, on or about June 22, 2012, within the Eastern District of New York and elsewhere, defendant PIERRE MARIE FOURCARD did knowingly, intentionally and unlawfully import into the United States from a place outside thereof cocaine, a Schedule II controlled substance.

       (Title 21, United States Code, Sections 952(a) and 960).

       The source of your deponent's information and the grounds for his belief are as follows:[1]

---

    [1]    Because the purpose of this Complaint is to state only probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1. At approximately 6:30 p.m. on June 22, 2012, defendant PIERRE MARIE FOURCARD arrived at John F. Kennedy International Airport in Queens, New York, aboard American Airlines Flight No. 830 from Port Au Prince, Haiti.

2. The defendant PIERRE MARIE FOURCARD was selected for a Customs and Border Protection ("CBP") examination. The defendant presented for inspection one piece of luggage, a brown Louis Vitton Suitcase. The defendant claimed ownership of the luggage and its contents.

3. During an examination of the Louis Vitton Suitcase, the CBP officer conducting the exam noticed that the bottom of the suitcase was unusually thick. The bottom of the bag was probed revealing a white powdery substance, which field-tested positive for cocaine.

4. The total approximate gross weight of the cocaine found in the defendant PIERRE MARIE FOURCARD'S suitcase is 3,205.7 grams.

3

WHEREFORE, your deponent respectfully requests that defendant PIERRE MARIE FOURCARD be dealt with according to law.

_____
GERARD MCMAHON
Special Agent
HSI

Sworn to before me this
23rd day of June, 2012

_____
UDGE
RK